```
                    UNITED STATES BANKRUPTCY COURT
                     EASTERN DISTRICT OF KENTUCKY
                            LONDON DIVISION

IN RE:     ANDREW COLLINS                        CASE NO. 03-61592
           DEBORAH COLLINS                       Chapter 7
           DEBTORS


ANDREW COLLINS,                                  PLAINTIFF,

vs.                            COMPLAINT         Adv. No. _____

WILLARD D. LEACH
and GARY GREGORY,                                DEFENDANTS.
```

Comes now the Plaintiff, Andrew Collins, by Counsel, and for his Complaint herein states and alleges as follows:

1. This is an adversary action brought pursuant to Bankruptcy Rule 7001 and 11 U.S.C. Sections 362.

2. This Court has jurisdiction over this adversary action pursuant to 28 U.S.C. Section 1334.  This adversary Complaint relates to a case under Chapter 7 of the Bankruptcy Code which was commenced by a voluntary petition for relief filed by the Debtors, Andrew Collins and Deborah Faye Collins, on October 2, 2003 being Case No. 03-61592, and constitutes a core proceeding under 28 U.S.C. Section 157.  The name and number of the case and division where the case was pending are set forth in the caption outlined above.

3. Prior to the filing of the debtor's petition in

      bankruptcy in this case the Defendant, Willard D. Leach, entered into an agreement with the Debtor, Andrew Collins' now deceased wife, Norma, (not the Deborah Faye Collins who is debtor in this case) by which the Defendant, Willard Leach, paid to Andrew Collins' deceased wife, Norma, a sum of money and Andrew Collins' deceased wife, Norma, agreed that Andrew Collins would build and deliver to Willard Leach a "trike"; a trike being a three-wheeled motor-vehicle constructed of a motorcycle and an automobile which Andrew Collins was in the business of constructing.

4. After the death of Andrew Collins' deceased wife, Norma, and prior to the filing of the debtor's petition in bankruptcy in this case, the Defendant, Willard Leach, instituted an action in Clay Circuit Court bearing Civil Action No. 03-CI-00145 seeking to recover the money he had paid to Andrew Collins' deceased wife, Norma, as hereinbefore set out.

5. After the filing of the debtor's petition in bankruptcy in this case on October 2, 2003 the Defendant, Willard Leach, attended the debtor's 341 hearing on November 13, 2003 and questioned the debtor regarding his claim.

6. On January 5, 2004, an indictment was returned in Clay Circuit Court charging Andrew Collins with theft by

   failure to make required disposition; the indictment was based upon the testimony of the Defendant, Willard D. Leach.

7. The Defendant, Gary Gregory, is the duly-elected Commonwealth Attorney for Clay County, Kentucky and is charged with the legal obligation to pursue the indictment returned against the Debtor, Andrew Collins.

8. The commencement of criminal proceedings against the Debtor, Andrew Collins, some three months after the Debtor filed his petition in bankruptcy was procured by the Defendant, Willard Leach, and the Defendant, Gary Gregory, in order to compel the debtor, Andrew Collins to pay the debt allegedly owed to Willard Leach and such action is a willful violation of the automatic stay provisions of 11 U.S.C. 362(a) for which the Debtor is entitled to recover actual damages and attorney's fees and punitive damages under 11 U.S.C. 362(h).

WHEREFORE, the Plaintiff prays for relief as follows:

9. The Plaintiff have and recover of the Defendant, Willard Leach, Plaintiff's actual damages including attorney's fees and costs and punitive damages and that the Defendant, Willard Leach, be permanently enjoined from initiating any criminal proceeding against the Debtor, Andrew Collins, based upon the debt to Willard Leach which has been discharged in bankruptcy and from

     continuing the criminal prosecution of the indictment returned in the Clay Circuit Court on January 5, 2004 bearing indictment number 04-CR-00016.

10. The Defendant, Gary Gregory, be permanently enjoined from continuing the prosecution of the criminal indictment returned in Clay Circuit Court on January 5, 2004, bearing indictment number 04-CR-00016.

11. The Plaintiff receive any other relief to which he may be entitled.

    /s/Larry E. Conley
LARRY E. CONLEY
714 South Main Street
Corbin, Kentucky 40701
(606) 528-3027

ATTORNEY FOR PLAINTIFF